# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVO SOLUTIONS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>LEXAR INTERNATIONAL, LONGSYS ELECTRONICS LIMITED, and SHENZHEN LONGSYS ELECTRONICS CO., LTD.<br><br>*Defendants.* | Case No. 8:23-cv-01556-JVS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [25]** |

**ORDER**

On this day, Plaintiff Pavo Solutions, LLC ("Plaintiff") and Defendants Lexar International, Longsys Electronics Limited, and Shenzhen Longsys Electronics Co., Ltd. (collectively, "Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: January 17, 2024

_____
Honorable James V. Selna
United States District Judge